UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOSE GARCIA-SANDOVAL,<br><br>　　　　　　　　Defendant. | CASE NO.:   21-cr-1546-JLS<br><br>Hon. Janis L. Sammartino<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING** |

**GOOD CAUSE APPEARING**, the parties' Joint Motion to Continue the Sentencing Hearing from September 3, 2021 to **September 10, 2021 at 9:00 a.m.** is hereby **GRANTED**.  Time is excluded pursuant to 18 U.S.C. § 3161(h)(1)(G).

**IT IS SO ORDERED.**

Dated:  June 17, 2021

　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　United States District Judge